ORDER:
motion granted.
[signature] Bryant,
USMJ

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
MIDDLE DIVISION

| | |
|---|---|
| DANNY RAY MEEKS, | ) |
| | ) Case No. 3:12-cv-545 |
| Plaintiff, | ) Judge Trauger |
| | ) Magistrate Bryant |
| | ) Jury Trial Demanded |
| v. | ) |
| | ) |
| TENNESSEE DEPT. OF | ) |
| CORRECTION, ET AL., | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR LEAVE OF COURT TO DEPOSE PLAINTIFF

Defendants Mike Christensen, Dennis Davis and the Tennessee Department of Correction ("TDOC"), represented by and through the Office of the Attorney General for the State of Tennessee, respectfully move pursuant to Fed. R. Civ. P. 30(a)(2) for leave to take the deposition of Plaintiff, Danny Ray Meeks, at a date, time, and place convenient to the appropriate officials responsible for his custody.

1