UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DANNY RAY MEEKS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | No. 3:12-0545 |
| ) | Judge Trauger/Bryant |
| TENNESSEE DEPARTMENT OF ) | **Jury Demand** |
| CORRECTION, *et al.*, ) | |
| ) | |
| Defendants ) | |

### ORDER TO PRODUCE

The Warden of the Jailor of the institution where the Plaintiff is now incarcerated is hereby **ORDERED TO PRODUCE Danny Ray Meeks #116192,** on **November 25, 2013, at 1:00 p.m.,** in Courtroom 873, United States Courthouse, Nashville, Tennessee, and at the conclusion of the hearing, to return Plaintiff to said institution. If the Plaintiff is no longer in custody, Plaintiff is advised that failure to appear for this hearing may lead to a recommendation to the District Judge that this action be dismissed for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure and *Tingler v. Marshall*, 716 F.2d 1109, 1112 (6th Cir. 1983), that allows a District Court to dismiss an action upon its own motion.

It is so **ORDERED.**

/s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge