**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **DANNY RAY MEEKS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:12-cv-545** |
| | ) | |
| **DERRICK D. SCHOFIELD et al.,** | ) | **Judge Trauger** |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

Before the court are the plaintiff's objections to the Report and Recommendation ("R&R") (ECF No. 363) issued by Magistrate Judge John Bryant recommending that the defendants' motion for summary judgment (ECF No. 284) be granted.

Also pending are the defendants' motion to strike the affidavit of William Shatswell (ECF No. 303); the plaintiff's "Motion for Leave of the Court to File Comprehensive Amendment Pursuant to Fed. R. Civ. Proc. 15(a)(2) as Justice So Requires," seeking to supplement the complaint to allege "additional and continuing violations of the Americans with Disabilities Act" (ECF No. 320), as well as two additional motions asking the court to grant that motion (ECF Nos. 353, 355); and the plaintiff's "Motion for Court to Grant Plaintiff a Copy of TDOC/ADA Compliance Guide, Volumes I and II" (ECF No. 356).

The plaintiff has sought repeatedly to amend his complaint, and the present motions reiterate arguments that have already been rejected. The motion to amend (ECF No. 320) and the additional motions asking that the court grant that motion (ECF Nos. 353, 355) are **DENIED** for the reasons stated in prior orders. The motion for a copy of the ADA Compliance Guide (ECF No. 356) is **DENIED** as moot. And the defendants' motion to strike the declaration of William Shatswell (ECF No. 303) is **DENIED** the basis that neither the defendant's motion nor the attached exhibit is verified.

Because the plaintiff filed what amounts to a blanket objection to the magistrate judge's R&R, the court has conducted a *de novo* review of the defendants' motion for summary judgment pursuant to 28 U.S.C. § 636(b)(1)(B) and Rule 72(b) of the Federal Rules of Civil Procedure. Having conducted such a review, for the reasons set forth in the accompanying Memorandum Opinion, the court finds that the

defendants are entitled to summary judgment as to all claims asserted against them in the complaint. The motion for summary judgment (ECF No. 284) is therefore **GRANTED** and this matter is **DISMISSED**. The R&R is adopted insofar as it reaches the same outcome, and the plaintiff's objections to the R&R are overruled.

It is so **ORDERED**.

This is a final order for purposes of Fed. R. Civ. P. 58.

Aleta A. Trauger
United States District Judge